# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAIGE LARANN DEMARCE, Defendant. | CR 15-82-GF-BMM **ORDER** |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on July 11, 2016. Defendant admitted she had violated the conditions of her supervised release by using controlled substances. Judge Johnston found the admission sufficient to establish the supervised release violation. He recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of imprisonment of time served (seven days), with three years of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir.

1981).

This Court agrees with Judge Johnston's findings. Defendant admitted she had violated the conditions of her supervised release by using controlled substances. A sentence of time served, followed by three years of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 74) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 11th day of August, 2016.

_____
Brian Morris
United States District Court Judge