# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-82-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| PAIGE LARANN DEMARCE, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for a revocation hearing and findings and recommendations. Judge Johnston entered his findings and recommendations on February 13, 2017. Defendant admitted that she had violated the conditions of her supervised release by failing to report for substance abuse testing, by failing to report for substance abuse treatment, by submitting a diluted urine sample, and by failing to make payments towards her court ordered restitution. Judge Johnston found the admissions sufficient to establish the supervised release violations. Judge Johnston recommended that this Court revoke Defendant's supervised release and commit her to the custody of the United States Bureau of Prisons for a term of imprisonment of three months, followed by 33 months of supervised release.

No objections were filed by either party. Judge Johnston's findings

and recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Johnston's findings. Defendant admitted that she had violated the conditions of her supervised release. A sentence of three months in custody, followed by 33 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 91) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 28th day of February, 2017.

Brian Morris
United States District Court Judge