# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAIGE LARANN DEMARCE,<br><br>Defendant. | CR-15-82-GF-BMM-2<br><br>**ORDER** |

Defendant Paige Larann Demarce having filed a Motion for Temporary Release from Custody (Doc. 95), the Government having no objections, good cause appearing;

IT IS HEREBY ORDERED that the Defendant, Paige Larann Demarce, shall be temporarily released from custody on Saturday, March 4, 2017, and transported by Mr. Fred Lester to Fort Yates, North Dakota, to attend the funeral proceedings of her cousin Taran Fox on Saturday and Monday, March 4 and 6, 2017; and

IT IS FURTHER HEREBY ORDERED that Ms. Demarce shall return promptly to the Cascade County Regional Detention Facility on Tuesday, March 7, 2017, checking in no later than 5:00 p.m.

DATED this 3rd day of March, 2017.

*Brian Morris*
Brian Morris
United States District Court Judge